UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF MICHIGAN

MARIA MITCHELL

       Plaintiff,                Case No. 26-      - NI

                                            Judge

v

UNITED STATES OF AMERICA

       Defendant.

_____/
Gerald R. Skupin (P46110)
Joseph F. Lucas (P29525)
SKUPIN & LUCAS, P.C.
Attorney for Plaintiff
Fairlane Plaza North
290 Town Center Dr., Ste. 324
Dearborn, MI 48126
(313) 961-0425 / 1033 (f)
jskupin@skupinandlucas.com
_____/

## **JURY DEMAND**

Plaintiff demands a trial by jury.

                                                Respectfully submitted,

                                                **SKUPIN & LUCAS, P.C.**

Dated: January 12, 2026         By:/s/ *Gerald R. Skupin*
                                                GERALD R. SKUPIN (P46110)
                                                Attorney for Plaintiff
                                                Fairlane Plaza North
                                                290 Town Center Dr., Ste 324
                                                Dearborn, MI 48126
                                                (313) 961-0425
                                                jskupin@skupinandlucas.com